UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

_____
                                                )
*In re*:                                          )      Chapter 13
                                                )
Robin Lynn Carpenter,             )
                                                )
      *Debtor*.                             )      Case No. 15-30124-KRH
_____ )

## MOTION TO RESTRICT ACCESS TO EXHIBITS

Comes now Michael Averett (the "Movant"), by counsel, and for his Motion to Restrict Access to Exhibits to the Objection to Confirmation of Debtor's Chapter 13 Plan previously filed herein states the following:

1. On or about January 9, 2015, Robin Lynn Carpenter (the "Debtor") filed a Petition under Chapter 13 of Title 11 of the United States Code in this Court.

2. In connection with the Debtor's Chapter 13 Plan, the Movant filed an Objection to Confirmation of Debtor's Chapter 13 Plan with exhibits [Docket No. 32] (the "Objection").

3. Movant recently discovered that the exhibits to the Objection [Docket No. 32-1] (the "Exhibits") contain certain private information of the Movant which should not be divulged to the general public.

4. The private information contained in Docket No. 32-1 was included in error and the Movant desires to restrict access to the Exhibits.

_____
Robert H. Chappell, III, Esquire (VSB No. 31698)
Jennifer J. West, Esquire (VSB No. 47522)
Neil E. McCullagh, Esq. (VSB No. 39027)
James K. Donaldson, Esquire (VSB No. 80307)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:     (804) 697-2000
Facsimile:      (804) 697-2100
*Counsel for Michael Averett*

WHEREFORE, Michael Averett prays that this Court enter an Order restricting access to Docket No. 32-1 herein, allowing Movant twenty-one (21) days from the date of entry of such Order to file replacement exhibits and that he may have such other and further relief as may be appropriate under the circumstances.

                                            MICHAEL AVERETT

                                            By: /s/ Neil E. McCullagh
                                                 Counsel

Robert H. Chappell, III, Esquire (VSB No. 31698)
Jennifer J. West, Esquire (VSB No. 47522)
Neil E. McCullagh, Esq. (VSB No. 39027)
James K. Donaldson, Esquire (VSB No. 80307)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:    (804) 697-2000
Facsimile:    (804) 697-2100
*Counsel for Michael Averett*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was sent via U.S. Mail, postage prepaid, and/or delivered by electronic means, this 26th day of August, 2015 to the following, constituting all necessary parties:

| | |
|---|---|
| Robin Lynn Carpenter<br>12505 Toll House Rd.<br>Spotsylvania, VA 22551-8134 | Robert Easterling<br>2217 Princess Anne St., Ste. 100-2<br>Fredericksburg, VA 22401 |
| Carl M. Bates, Trustee<br>P. O. Box 1819<br>Richmond, VA 23218 | Susan Hope Call<br>Chapter 13 Trustee's Office<br>P.O. Box 1819<br>Richmond, VA 23218 |

                                            /s/ Neil E. McCullagh
                                                Counsel